

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2019

No. 04-19-00847-CR

**IN RE THE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

On December 5, 2019, relator filed a "Notice of Mandamus" with both this court and the municipal court. Relator informed this court it anticipated filing a petition for writ of mandamus in this court the week of December 9, 2019. Relator has not filed a petition; therefore, if relator desires to file a petition for writ of mandamus in this court it must do so **no later than December 27, 2019**. If relator does not file its petition by December 27, 2019, this original proceeding will be dismissed for want of prosecution.

It is so **ORDERED** on December 16, 2019.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. B1661841.01, B1661842.01, B1661843.01, styled *The State of Texas v. Jack Miller*, pending in the Municipal Court, Bexar County, Texas, the Honorable Al Tavera presiding.